1  ROGER K. LITMAN, 57634
   Attorney at Law
2  2300 Tulare Street, Suite 230
   Fresno, California 93721
3  Telephone: (559) 237-6000

4  Attorney for Defendant, MARCOS BARRAGAN-FARIAS

5

6              IN THE UNITED STATES DISTRICT COURT FOR THE

7                    EASTERN DISTRICT OF CALIFORNIA

8

9  UNITED STATES OF AMERICA,            )    CASE NO.  1:12-cr-00051-AWI
                                        )
10       Plaintiff,                     )
                                        )    **STIPULATION AND
11    v.                                )    ORDER TO
                                        )    CONTINUE STATUS CONFERENCE**
12 MARCOS BARRAGAN-FARIAS,              )
                                        )
13       Defendant.                     )
   _____)
14
         The parties hereto, by and through their respective attorneys, stipulate and
15
   agree that the status conference currently scheduled for March 5, 2012, be
16
   continued to April 2, 2012 at 10:00 a.m.
17
         This continuance is necessary to afford counsel sufficient time for negotiation
18
   and further investigation of the instant action.
19
         The parties also agree that any delay resulting from this continuance shall
20
   be excluded in the interest of justice pursuant to 18 U.S.C. §§3161(h)(1)(F),
21
   3161(h)(8)(A) and 3161(h)(8)(B)(I).
22

23
   DATED:  March 1, 2012              /s/ Kimberly Sanchez____ __        __ ____
24                                    **IAN L. GARRIQUES**
                                      Assistant United States Attorney
25                                    **This was agreed to by Mr. Garriques
                                      via email on March 1, 2012**
26
   ///
27
   ///
28

                                        1

DATED: March 1, 2012                    /s/ Roger K. Litman
                                         ROGER K. LITMAN
                                         Attorney for Defendant
                                         MARCOS BARRAGAN-FARIAS

                                         **ORDER**

IT IS SO ORDERED.

Dated:     March 1, 2012
                                         _____
                                         CHIEF UNITED STATES DISTRICT JUDGE