1  BENJAMIN B. WAGNER
   United States Attorney
2  IAN L. GARRIQUES
   Assistant U.S. Attorney
3  2500 Tulare Street, Suite 4401
   Fresno, California 93721
4  Telephone: (559) 497-4000
   Facsimile: (559) 497-4099
5
   Attorneys for the
6  United States of America

7

8                    UNITED STATES DISTRICT COURT

9                   EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA,   ) Case No. 1:12-CR-00051-AWI-DLB
   |                             )
12 |             Plaintiff,      ) STIPULATION TO CONTINUE STATUS
   |                             ) CONFERENCE; ORDER
13 |                             )
   |     v.                      )
14 |                             ) Date: April 9, 2012
   | MARCOS BARRAGAN FARIAS,     ) Time: 10:00 a.m.
15 |                             ) Judge: Hon. Anthony W. Ishii
   |                             )
16 |             Defendant.      )
   |                             )
17 | _____)

18      **IT IS HEREBY STIPULATED** by and between the parties hereto,
19 and through their respective attorneys of record herein, that the
20 status conference now set for April 2, 2012, may be continued to
21 **April 9, 2012, at 10:00 a.m.**
22      The reason for the continuance is to allow for further case
23 preparation, investigation, and plea negotiations.  Specifically,
24 the additional time is necessary for further defense
25 consideration of the government's previously extended plea offer.
26 The parties stipulate and agree that the interests of justice
27 served by granting this continuance outweigh the best interests
28 of the public and the defendant in a speedy trial and that the

delay from the continuance shall be excluded from the calculation of time under the Speedy Trial Act pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv).

Dated: March 28, 2012              Respectfully submitted,

                                   BENJAMIN B. WAGNER
                                   United States Attorney

                             By:   /s/ Ian L. Garriques
                                   IAN L. GARRIQUES
                                   Assistant U.S. Attorney

Dated: March 28, 2012        By:   /s/ Roger K. Litman
                                   ROGER K. LITMAN
                                   Attorney for Defendant

**O R D E R**

The intervening period of delay shall be excluded in the interests of justice pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(iv).

IT IS SO ORDERED.

Dated:  March 29, 2012
                                   CHIEF UNITED STATES DISTRICT JUDGE