1 | ROGER K. LITMAN, 57634
Attorney at Law
2 | 2300 Tulare Street, Suite 230
Fresno, California 93721
3 | Telephone: (559) 237-6000

Attorney for Defendant, MARCOS BARRAGAN-FARIAS

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA, ) CASE NO. 1:12-cr-00051-AWI
    Plaintiff, )
) **STIPULATION AND**
    v. ) **TO**
) **CONTINUE STATUS CONFERENCE**
MARCOS BARRAGAN-FARIAS, )
    Defendant. )
_____)

    The parties hereto, by and through their respective attorneys, stipulate and agree that the status conference currently scheduled for April 30, 2012, be continued to May 21, 2012 at 10:00 a.m.

    This continuance is necessary to afford defense counsel sufficient time to obtain records and complete assessment regarding Mr. Barragan-Farias' competency and related mental health issues.

    The parties also agree that any delay resulting from this continuance shall be excluded in the interest of justice pursuant to 18 U.S.C. §§3161(h)(1)(F), 3161(h)(8)(A) and 3161(h)(8)(B)(I).

DATED: April 26, 2012                /s/ Ian L. Garriques _____
                                                  **IAN L. GARRIQUES**
                                                  Assistant United States Attorney
                                                  **This was agreed to by Mr. Garriques via email on April 26, 2012**

///

1

| | | |
|---|---|---|
| 1 | | |
| 2 | DATED: April 26, 2012 | /s/ Roger K. Litman |
| 3 | | ROGER K. LITMAN<br>Attorney for Defendant<br>MARCOS BARRAGAN-FARIAS |
| 4 | | |
| 5 | | <u>ORDER</u> |
| 6 | | |
| 7 | IT IS SO ORDERED. | |
| 8 | | |
| 9 | Dated:   April 26, 2012   | _____<br>CHIEF UNITED STATES DISTRICT JUDGE |